<u>**UNPUBLISHED**</u>

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 15-2033**

ROBERT EL-BEY,

            Plaintiff - Appellant,

      v.

CITY OF HAMPTON POLICE OFFICERS; OFFICER BOYD; OFFICER C.
FRAZIER; OFFICER T. JONES; CAPTAIN HAKE; SERGEANT WOOLASTON;
SERGEANT GAINER,

            Defendants - Appellees.

Appeal from the United States District Court for the Eastern
District of Virginia, at Newport News.   Raymond A. Jackson,
District Judge. (4:14-cv-00132-RAJ-TEM)

Submitted:  January 14, 2016          Decided:  January 19, 2016

Before AGEE, WYNN, and FLOYD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Robert El-Bey, Appellant Pro Se.   Everett Lewis Bensten,
Nicholas Foris Simopoulos, OFFICE OF THE CITY ATTORNEY, Hampton,
Virginia, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Robert El-Bey appeals the district court's judgment granting the Defendants' motion to dismiss and dismissing his complaint for failing to state a claim under Fed. R. Civ. P. 12(b)(6). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. El-Bey v. City of Hampton Police, No. 4:14-cv-00132-RAJ-TEM (E.D. Va. Aug. 10, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED